**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                              Case Number:   08 C 1020

*Antoine McGee v. Joseph Burke et al.,*

                                                                 Hon. Charles P. Kocoras
                                                                    Judge Presiding

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants: Brian Givens, Sandy Thompson, Jerlin Allen, Joseph Burke

| |
|---|
| NAME (Type or print)<br>CAMILE J. LINDSAY |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/Camile J. Lindsay |
| FIRM<br>Office of the Illinois Attorney General |
| OFFICE ADDRESS<br>100 W. Randolph, 13th Floor |
| CITY/STATE/ZIP<br>Chicago, Illinois  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6280478 | TELEPHONE NUMBER<br>(312) 814-4329 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ___   NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ___   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ___   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ✓   NO ___ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ___    APPOINTED COUNSEL ___ |