IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTOINE MCGEE B39819 | ) | |
| | ) | No. 08 C 1020 |
| Plaintiff, | ) | |
| | ) | Hon. Charles P. Kocoras |
| v. | ) | Judge Presiding |
| | ) | |
| JOSEPH BURKE et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JURY DEMAND

NOW COME the defendants, BRIAN GIVENS, SANDY THOMPSON, JERLIN ALLEN and JOSEPH BURKE by and through their attorney, LISA MADIGAN, Attorney General of the State of Illinois, and hereby demand a jury trial in this cause on all issues so triable.

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois        By:   s/ Camile Lindsay
                                          CAMILE J. LINDSAY
                                          Assistant Attorney General
                                          General Law Bureau
                                          100 West Randolph Street, 13th Fl.
                                          Chicago, Illinois 60601
                                          (312) 814-4329