IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTOINE MCGEE B39819 | ) | |
| | ) | No.  08 C 1020 |
| Plaintiff, | ) | |
| | ) | Hon. Charles P. Kocoras |
| v. | ) | Judge Presiding |
| | ) | |
| JOSEPH BURKE et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:  Antoine McGee B39819
     Hill
     PO Box 1700
     Galesburg, IL 61401

**PLEASE TAKE NOTICE** that on May 2, 2008, the attached **APPEARANCE AND JURY DEMAND**, was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois 60604, a copy of which is herewith served upon you.

LISA MADIGAN
Attorney General of Illinois         By:    s/Camile Lindsay
                                            CAMILE LINDSAY
                                            Assistant Attorney General
                                            General Law Bureau
                                            100 West Randolph Street, 13th Fl.
                                            Chicago, Illinois  60601
                                            (312) 814-4329

## CERTIFICATE OF SERVICE

The undersigned being duly sworn upon oath deposes and states that a copy of the foregoing was served upon the above named at the address indicated by **US MAIL** on May 2, 2008.

                                            s/Camile Lindsay