IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTOINE MCGEE B39819, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>JOSEPH BURKE, )<br>et al., )<br>)<br>    Defendants. ) | No.08 C 1020<br>Judge Charles P. Kocoras |

## NOTICE OF MOTION

TO:  Antoine McGee B39819
     Hill
     PO Box 1700
     Galesburg, IL 61401

PLEASE TAKE NOTICE that on the 6th day of April, 2008 at 9:30 a.m., I shall appear before the Honorable Judge Charles P. Kocoras or whomsoever may be sitting in his stead in room 1725 at 219 South Dearborn Street, Chicago, Illinois and then and there present the attached **Defendants' Motion to Enlarge**, a copy of which is attached and hereby served upon you.

LISA MADIGAN
Attorney General of Illinois        By:    s/Camile J.Lindsay
                                           CAMILE J. LINDSAY
                                           Assistant Attorney General
                                           General Law Bureau
                                           100 W. Randolph St., 13th Fl.
                                           Chicago, Illinois 60601
                                           (312) 814-4329

## CERTIFICATE OF SERVICE

The undersigned being duly sworn upon oath deposes and states that a copy of the foregoing was served upon the above named at the address indicated by **U.S. MAIL** on April 2, 2008.

                                           s/Camile J. Lindsay