IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTOINE MCGEE B39819, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.08 C 1020 |
| | ) Judge Charles P. Kocoras |
| JOSEPH BURKE, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF MOTION

TO:   Antoine McGee B39819
      Hill
      PO Box 1700
      Galesburg, IL 61401

PLEASE TAKE NOTICE that on the 6th day of May, 2008 at 9:30 a.m., I shall appear before the Honorable Judge Charles P. Kocoras or whomsoever may be sitting in his stead in room 1725 at 219 South Dearborn Street, Chicago, Illinois and then and there present the attached **Defendants' Motion to Enlarge**, a copy of which is attached and hereby served upon you.

LISA MADIGAN
Attorney General of Illinois           By:    s/Camile J.Lindsay
                                              CAMILE J. LINDSAY
                                              Assistant Attorney General
                                              General Law Bureau
                                              100 W. Randolph St., 13th Fl.
                                              Chicago, Illinois 60601
                                              (312) 814-4329

### CERTIFICATE OF SERVICE

The undersigned being duly sworn upon oath deposes and states that a copy of the foregoing was served upon the above named at the address indicated by **U.S. MAIL** on April 2, 2008.

                                              s/Camile J. Lindsay