IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTOINE MCGEE B39819 | ) | |
| | ) | No. 08 C 1020 |
| Plaintiff, | ) | |
| | ) | Hon. Charles P. Kocoras |
| v. | ) | Judge Presiding |
| | ) | |
| JOSEPH BURKE et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JURY DEMAND

NOW COMES the defendant, WENDY FOXON and by and through her attorney, LISA MADIGAN, Attorney General of the State of Illinois, and hereby demand a jury trial in this cause on all issues so triable.

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois          By:    s/ Camile Lindsay
                                             CAMILE J. LINDSAY
                                             Assistant Attorney General
                                             General Law Bureau
                                             100 West Randolph Street, 13th Fl.
                                             Chicago, Illinois 60601
                                             (312) 814-4329