IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTOINE MCGEE B39819 | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 1020 |
| | ) | |
| v. | ) | Honorable Charles P. Kocoras |
| | ) | Judge Presiding |
| JOSEPH BURKE, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   Antoine McGee B39819
      Hill
      PO Box 1700
      Galesburg, IL 61401

    **PLEASE TAKE NOTICE** that on June 5, 2008, at 9:30 a.m., or as soon thereafter as counsel can be heard, I shall appear before the Honorable Charles P. Kocoras, or whomever may be sitting in his stead in Room 1725 of the United States District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, and shall then and there present the attached **DEFENDANT'S MOTION FOR LEAVE TO FILE LIMITED MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THE ISSUE OF EXHAUSTION UNDER THE PLRA**, a copy of which are herewith served upon you.

LISA MADIGAN
Attorney General of Illinois

By:   s/Camile J. Lindsay
      CAMILE J. LINDSAY
      Assistant Attorney General
      General Law Bureau
      100 W. Randolph St., 13th Fl.
      Chicago, Illinois 60601
      (312) 814-4329

## CERTIFICATE OF SERVICE

    The undersigned attorney hereby certifies that the aforementioned document was filed through the Court's CM/ECF system on May 30, 2008. Parties of record may obtain a copy through the Court's CM/ECF system.

s/Camile J. Lindsay