## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ANTOINE MCGEE(B-39819), | ) | |
| | ) | No.  08 C 1020 |
| Plaintiff, | ) | |
| | ) | Hon. Charles P. Kocoras |
| v. | ) | Judge Presiding |
| | ) | |
| JOSEPH BURKE,et al., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

TO:   Antoine McGee (B-39819)
      Hill Correctional Center
      PO Box 1700
      Galesburg, Illinois 61401

PLEASE TAKE NOTICE that on June 26, 2008, the attached **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT FOR FAILURE TO EXHAUST, MEMORANDUM IN SUPPORT AND LOCAL RULE 56.1 FILING** were filed with the Clerk of the United States District Court, for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, a copy of which is herewith served upon you.

LISA MADIGAN                              s/Camile Lindsay
Attorney General of Illinois       By:    CAMILE J. LINDSAY
                                          Assistant Attorney General
                                          Office of the Attorney General
                                          100 W. Randolph St., 13th Flr.
                                          Chicago, Illinois  60601
                                          (312) 814-4329

### CERTIFICATE OF SERVICE

The undersigned attorney certifies that a copy of the foregoing was served upon the above named individual at the address listed above by U.S. Mail, on June 26, 2008.

Case 1:08-cv-01020   Document 41   Filed 06/26/2008   Page 2 of 2