United States District Court, Northern District of Illinois

Name of Assigned Judge - Charles P. Kocoras

Date - 6-13-08

Case Number - 08 C 1020

Case Title - McGee vs. Burke et al

**FILED**
JUN 23 2008
6-23-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

In regards of me preparing my statement to answer the motion for summary of Judgement I'm asking for an extention of time to file an Amended Complaint to my original Complaint and I ask the courts to send me a copy of the Federal Rules ▬ procedure 56(e) and local Rule 56.1, 56.2 due to the law library clerk unable to find these Rules and I'm unable to answer accordingly with these Rules. Enclosed is a request slip I submitted to the law library and was returned to me with the following. (See library request slip).

ILLINOIS DEPARTMENT OF CORRECTIONS
## LIBRARY CALL PASS REQUEST
HILL CORRECTIONAL CENTER

INMATE NAME  Antoine McGee                        DATE  6-9-08

DOC #  B-39819                    H.U. / WING & CELL  Seg #26

JOB / ASSIGNMENT  Unassigned          SHIFT _____   DAYS OFF _____

SCHOOL ASSIGNMENT _____   HOURS _____   DAYS OFF _____

I wish to go to the Library for the following reason:

  ✓   I have a court deadline of  7-28-08   date. Nature of the case I am working on _____

_____ I need to do research for a case I wish to file. Nature of the case I am researching _____

_____ I need to see an inmate law clerk for assistance.

_____ I wish to use the general library.

Signature required on back side.
ALL INFORMATION IS REQUIRED FOR PROCESSING. WRITING MUST BE LEGIBLE FOR PROCESSING.
FALSE INFORMATION GIVEN WILL RESULT IN LOSS OF PRIORITY FOR FURTHER REQUESTS.

HIL 0077
Revised Eff. 03/01/03

1  Inmate must complete name, date, DOC number, housing unit / wing / cell.
2  Inmate must complete job and / or school assignment information, including hours / shift and days off.
3  Inmate must complete reason for requesting a Library Call-Pass.

**ALL INFORMATION IS REQUIRED FOR PROCESSING. WRITING MUST BE LEGIBLE FOR PROCESSING. FALSE INFORMATION GIVEN WILL RESULT IN LOSS OF PRIORITY FOR FURTHER REQUESTS.**

Print Name: _Antoine McGee_    DOC # _B-59819_    Signature _Antoine McGee_

NOTE: Priority will be given to those inmates with the closest court established or statutory deadlines.

---

**LIBRARY USE ONLY**

Deadline Verified _____

Inmate Scheduled _____

(Notes)

Staff Review    _I've checked there is no R2566_
_1-2 Sorry, law clerk Williams._