## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | CHARLES P. KOCORAS | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1020 | DATE | JUL - 1 2008 |
| CASE TITLE | Antoine McGee (#B-39819) vs. Joseph Burke, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff's motion for an extension of time [42] is denied. The court has given the plaintiff a deadline of July 28, 2008, to respond to the defendants' motion for summary judgment. *See* Minute Entry of June 5, 2008 [36]. If the plaintiff should find that he needs additional time either to respond to the motion for summary judgment or to file a motion to amend that cures any deficiencies discussed in the defendants' dispositive motion, he should file a motion for an enlargement of time as the response deadline draws nearer. Finally, the plaintiff is reminded of basic filing requirements: the plaintiff must (1) provide the court with the original plus a judge's copy of every document filed; and (2) every document filed must include a certificate of service showing that a copy was mailed to opposing counsel. In the future, the court may strike, without considering, any document filed that fails to comport with these basic filing rules. The Clerk is directed to mail the plaintiff's copies of Fed. R. Civ. P. 56 and Local Rule 56.1 (N.D. Ill), along with another copy of the court's filing instructions.

Charles P. Kocoras
U.S. District Judge

Docketing to mail notices.



FILED
2008 JUN 31 AM 10:55
CLERK
U.S. DISTRICT COURT

mjm