IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTOINE MCGEE B39819 | ) | |
| | ) | No.  08 C 1020 |
| Plaintiff, | ) | |
| | ) | Hon. Charles P. Kocoras |
| v. | ) | Judge Presiding |
| | ) | |
| JOSEPH BURKE et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

TO:  Antoine McGee B39819
　　　Hill
　　　PO Box 1700
　　　Galesburg, IL 61401

　　　**PLEASE TAKE NOTICE** that on August 4, 2008, the attached **DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY JUDGEMENT**, was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois 60604, a copy of which is herewith served upon you.

LISA MADIGAN
Attorney General of Illinois            By:     s/Camile Lindsay
　　　　　　　　　　　　　　　　　　　　　　　　CAMILE LINDSAY
　　　　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　　　　General Law Bureau
　　　　　　　　　　　　　　　　　　　　　　　　100 West Randolph Street, 13th Fl.
　　　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois  60601
　　　　　　　　　　　　　　　　　　　　　　　　(312) 814-4329

**CERTIFICATE OF SERVICE**

　　　The undersigned being duly sworn upon oath deposes and states that a copy of the foregoing was served upon the above named at the address indicated by **US MAIL** on August 4, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　s/Camile Lindsay