## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | CHARLES P. KOCORAS | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1020 | **DATE** | August 13, 2008 |
| **CASE TITLE** | Antoine McGee (#B-39819) vs. Joseph Burke, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff is ordered to show good cause in writing why the case should not be dismissed for want of prosecution. Failure to show cause within fourteen days of the date of this order will result in summary dismissal of this action.

■ [For further details see text below.]      Docketing to mail notices.

### STATEMENT

The plaintiff, a state prisoner, has brought this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. The plaintiff claims that the defendants, correctional officials and health care providers at the Stateville Correctional Center, violated the plaintiff's constitutional rights by acting with deliberate indifference to his health, safety, and medical needs. More specifically, the plaintiff alleges that correctional officers intentionally let a fire burn in the segregation unit, causing the inmates housed there considerable distress; he further maintains that he was denied needed medical care for his injuries.

On June 26, 2008, the defendants filed a motion for summary judgment. The defendants assert that the plaintiff failed to exhaust administrative remedies prior to filing suit, as required by 42 U.S.C. § 1997e(a). Although advised of his opportunity to respond to the motion, *see* briefing schedule entered June 5, 2008, the plaintiff has not filed an opposing brief. In fact, a review of the court's docket reflects no activity on the part of the plaintiff since he filed a motion for leave to amend in June.

For the foregoing reasons, the plaintiff is ordered to show good cause in writing why the case should not be dismissed for want of prosecution. Failure to show cause within fourteen days of the date of this order will result in summary dismissal of this action.

*Charles P. Kocoras*
U.S. District Judge

mjm