**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Antoine McGee
                        Plaintiff,

v.                                                       Case No.: 1:08−cv−01020
                                                            Honorable Charles P. Kocoras

Joseph Burke, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 18, 2008:

      MINUTE entry before the Honorable Charles P. Kocoras:Ruling on defendants' motion [38] for summary judgment is reset from 8/27/2008 to 9/11/2008 at 9:30 a.m. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.